UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERICE D. MAGEE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1241 |
| AMAZON CORPORATION, LLC, ET AL. | * | SECTION "L" (2) |

**ORDER**

Having considered, the record, the applicable law, the Magistrate Judge's Report and Recommendation, R. Doc. 14, and construing Plaintiff Eric O. Magee's Motion for Reconsideration and to Vacate Dismissal, R. Doc. 15, as Plaintiff's objections to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion, R. Doc. 15, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Amazon Corporation, LLC and Robert Lamb are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 9th day of February, 2026.

_____
**UNITED STATES DISTRICT JUDGE**