UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERICE D. MAGEE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1241 |
| AMAZON CORPORATION, LLC, ET AL. | * | SECTION "L" (2) |

**ORDER**

The Court has before it Plaintiff Erice D. Magee's Motion for Reconsideration, R. Doc. 17, of the Court's dismissal of this action without prejudice for failure to serve, R. Doc. 16. Having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, R. Doc. 22, and in light of the failure of any party to object thereto, the Court hereby approves the Report and Recommendation and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that the Court's dismissal of this action as to Defendant Amazon Corporation, LLC only is hereby **REVERSED** and this case **REOPENED** and **REFERRED** to the Magistrate Judge for further proceedings pursuant to Eastern District of Louisiana Local Rule 73.2(C).

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted 60 days from the date of this order, or until May 17, 2026, to properly effect service via a summons correctly identifying Defendant Amazon Corporation, LLC and directing service upon its registered agent, Corporation Services Company, at 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, Washington,

1

98501. <u>Failure to comply with this order and properly effect service by that date will result in dismissal of this action for failure to serve without further notice.</u>

New Orleans, Louisiana, this 18th day of March, 2026.

<u>_Eldon C Fallon_</u>
**UNITED STATES DISTRICT JUDGE**