UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERICE D. MAGEE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1241 |
| AMAZON CORPORATION, LLC, ET AL. | * | SECTION "L" (2) |

**ORDER**

Considering the Magistrate Judge's Report and Recommendation, R. Doc. 34, and in light of the failure of any party to object thereto, the Court hereby approves the Report and Recommendation and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that Plaintiff Erice O. Magee's Motion for Default Judgment, R. Doc. 31, is **DENIED.**

New Orleans, Louisiana, this 2nd day of June, 2026.

**UNITED STATES DISTRICT JUDGE**